UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| JERRY D. PATTON, ) | |
| ) | |
| plaintiff, ) | Honorable Joe B. McDade |
| ) | |
| v. ) | |
| ) | Case No. 02-CV-1410 |
| BRIDGESTONE/FIRESTONE, INC., ) | |
| ) | |
| defendant. ) | |

PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Jerry D. Patton, by his undersigned counsel, respectfully moves this Court, on an unopposed basis, for the entry of an Order extending the time by which he must file his response to the motion of defendant Bridgestone/Firestone, Inc., for summary judgment from September 3, 2004, to September 13, 2004. In support of his motion, plaintiff states as follows:

1. Plaintiff commenced this case on December 18, 2002, by filing with this Court a request to proceed in forma pauperis with a complaint (which he filed on March 31, 2003) of racial discrimination against defendant under the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

2. At the time of filing, and through late March 2004, plaintiff proceeded with his case pro se.

3. On March 29, 2004, the undersigned attorney, Jonathan A. Backman, Esq., filed his appearance for plaintiff in this case.

4. The parties subsequently completed discovery, and on August 10, 2004, defendant timely filed its motion for summary judgment.

5. Because defendant served its motion by regular mail, plaintiff's response to the motion is due on September 3, 2004.

6. Mr. Backman's late entry into the case, which required more time than usual to review and apprehend the full context of the motion, combined with certain scheduling conflicts of both plaintiff and Mr. Backman, delayed Mr. Backman's preparation of the response.

7. Thus, approximately a week prior to the due date, Mr. Backman contacted defendant's counsel regarding an extension. Defendant's counsel graciously agreed that, if plaintiff could not complete the response in time, then defendant would not oppose a ten day extension of plaintiff's time to respond.

8. Despite Mr. Backman's diligent efforts, he has been unable to prepare and file plaintiff's response by the September 3 deadline, and thus hereby requests that the Court grant plaintiff until Monday, September 13, 2004, to serve and file the response.

WHEREFORE, plaintiff prays that this Court extend the time by which plaintiff must respond to defendant's motion for summary judgment to September 13, 2004, and that the Court grant plaintiff such other and further relief as it deems just and proper.

Dated: September 3, 2004

Respectfully submitted,

By: /s/ Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-1640
(309) 820-7420
FAX: (309) 820-7430

*Attorney for Plaintiff Jerry D. Patton*

I, JONATHAN A. BACKMAN, in accordance with 28 U.S.C. §1746, declare under penalty of perjury that I am the attorney for plaintiff Jerry D. Patton in this case, that I have personal knowledge of all facts set forth in the attached motion, and that the facts and representations set forth in the motion are true and correct to the best of my knowledge, information and belief.

Dated: September 3, 2004

/s/ Jonathan A. Backman

1:02-cv-01410-JBM-JAG    # 28    Page 3 of 4

## CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on September 3, 2004, I electronically filed **Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert W. Vyverberg, Esq.
HOLLAND & KNIGHT
131 S. Dearborn St, 30th Floor
Chicago, IL  60603
robert.vyverberg@hklaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Staci Lynn Ketay, Esq.
HOLLAND & KNIGHT
131 S. Dearborn St, 30th Floor
Chicago, IL  60603

/s/  Jonathan A. Backman

Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-1640
(309) 820-7420
FAX: (309) 820-7430

Attorney for Plaintiff Jerry D. Patton