E-FILED
Wednesday, 29 September, 2004 03:06:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JERRY D. PATTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02-1410 |
| BRIDGESTONE/FIRESTONE, INC., | ) |
| Defendant. | ) |

FILED
SEP 2 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JOINT MOTION FOR ENTRY OF SUMMARY JUDGMENT

Defendant Bridgestone/Firestone North American Tire, LLC, successor to Bridgestone/Firestone, Inc. ("Defendant"), and Plaintiff Jerry D. Patton ("Plaintiff") (collectively the "Parties"), through their undersigned counsel, move the Court for entry of an order granting Defendant's Motion for Summary Judgment and an accompanying judgment in favor of Defendant in this matter. In support of this motion, the Parties state as follows:

1. Plaintiff filed a *pro se* Complaint against Defendant on December 18, 2002, alleging claims under Title VII of the Civil Rights Act of 1964. Defendant timely filed its Answer and Affirmative Defenses on June 24, 2003, denying all material allegations in Plaintiff's Complaint. Plaintiff subsequently retained counsel, who filed his appearance in this matter on March 26, 2004.

2. Defendant filed its Motion for Summary Judgment on all of Plaintiff's claims on August 10, 2004. Plaintiff requested and received an extension of time

until September 13, 2004, to respond to Defendant's Motion for Summary Judgment.

3. Plaintiff has decided not to contest Defendant's Motion for Summary Judgment. Plaintiff consents to the entry of an Order granting Defendant's Motion for Summary Judgment in its entirety and to the entry of judgment in favor of Defendant in this matter. The Parties' counsel have discussed this joint motion, and Defendant has agreed not to pursue costs from Plaintiff in this matter.

4. The Parties request that the Court enter an Order granting Defendant's Motion for Summary Judgment in its entirety and dismissing all of Plaintiff's claims against Defendant with prejudice. The Parties have attached a proposed Order to that effect for the Court's convenience. The Parties further request that the Court enter judgment in favor of Defendant in this matter, with all parties to bear their own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that the Court (1) enter the attached Order granting Defendant's Motion for Summary Judgment in its entirety and dismissing all of Plaintiff's claims against Defendant with prejudice, and (2) enter judgment in favor of Defendant in this matter, with all parties to bear their own costs and attorneys' fees.

| Defendant<br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC | Plaintiff<br>JERRY D. PATTON |
|---|---|
| By: *[signature]*<br>One of Its Attorneys | By: *[signature]*<br>His Attorney |
| Robert W. Vyverberg<br>robert.vyverberg@hklaw.com<br>Staci L. Ketay<br>HOLLAND & KNIGHT LLP<br>131 S. Dearborn St., 30th Floor<br>Chicago, IL 60603<br>(312) 263-3600<br>(312) 578-6666 (Fax) | Jonathan A. Backman<br>jbackman@backlawoffice.com<br>Law Office of Jonathan A. Backman<br>117 N. Center St.<br>Bloomington, IL 61701<br>(309) 820-7420<br>(309) 820-7430 (Fax) |

RECEIVED

SEP 29 2004

U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JERRY D. PATTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02-1410 |
| ) | |
| BRIDGESTONE/FIRESTONE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Bridgestone/Firestone North American Tire, LLC, successor to Bridgestone/Firestone, Inc., has moved for summary judgment on all of Plaintiff Jerry D. Patton's claims in this matter. The Court hereby grants Defendant's Motion for Summary Judgment in its entirety, on the grounds that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law. Plaintiff's claims against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*, are hereby dismissed in their entirety with prejudice, with all parties to bear their own costs and attorneys' fees. Judgment shall be entered in favor of Defendant in accordance with this Order.

Dated:_____, 2004

_____
**Judge Joe B. McDade**

# 2279412_v1