E-FILED
Wednesday, 06 October, 2004 03:39:38 PM
Clerk, U.S. District Court, ILCD

**RECEIVED**

**SEP 29 2004**

**U.S. CLERK'S OFFICE
PEORIA, ILLINOIS**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JERRY D. PATTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02-1410 |
| BRIDGESTONE/FIRESTONE, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Bridgestone/Firestone North American Tire, LLC, successor to Bridgestone/Firestone, Inc., has moved for summary judgment on all of Plaintiff Jerry D. Patton's claims in this matter. The Court hereby grants Defendant's Motion for Summary Judgment in its entirety, on the grounds that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law. Plaintiff's claims against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*, are hereby dismissed in their entirety with prejudice, with all parties to bear their own costs and attorneys' fees. Judgment shall be entered in favor of Defendant in accordance with this Order.

Dated: 10/6 , 2004

s/ Joe B. McDade
Judge Joe B. McDade

# 2279412_v1