# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JERRY D. PATTON**

      vs.                                                  Case Number:  **02-1410**

**BRIDGESTONE/FIRESTONE, INC.**

     **DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is granted in its entirety. Plaintiff's Title VII claims against Defendants are dismissed in their entirety with prejudice, all parties to bear their own costs and attorneys' fees. Judgment shall be entered in favor of Defendant and against Plaintiff.

                                ENTER this 8th day of October, 2004

                                            s/John M. Waters
                                    JOHN M. WATERS, CLERK

                                                s/R. Knox
                                      BY:  DEPUTY CLERK

02-1410.wpd